**FILED**
JUL 0 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. **08 MJ 8606** |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 8, U.S.C., Section 1326 |
| Lorenzo PEREZ-Sanchez, ) | Deported Alien Found In the United States |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about July 4, 2008, within the Southern District of California, defendant Lorenzo PEREZ-Sanchez, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th DAY OF JULY 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

I, Senior Border Patrol Agent Juan J. Suarez declare under penalty of Perjury, the following is true and correct:

## PROBABLE CAUSE STATEMENT

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, M. Coronado that the Defendant was found and arrested on July 4, 2008, east of Calexico, California.

At approximately 4:48 A.M., (RVSS) Remote Video Surveillance System Operators saw an individual later identified as Lorenzo PEREZ-Sanchez make an illegal entry 3.5 miles east of Calexico, California into the United States from Mexico. BPA Lopez responded to the area and saw PEREZ attempting to conceal himself underneath a bridge. BPA Lopez identified himself as a United States Border Patrol and began conducting an Immigration Field Interview. BPA Lopez determined that PEREZ was in fact a citizen and national of Mexico without proper documentation to be in, remain, or work in the United States legally. PEREZ was placed under arrest.

Records checks revealed that an immigration judge had ordered PEREZ removed from the United States on December 6, 2006. Further checks also revealed a criminal history.

At approximately 8:30 A.M. PEREZ was read his Miranda Rights by BPA Flores, which was witnessed by BPA Trujillo. PEREZ stated that his final destination was San Bernardino, California, where he intended to be an agriculture worker. PEREZ declared that he did not speak with any smugglers before illegally entering the United States and that he was not going to pay anything to anyone. He planned to walk north away from the border and either take a bus or hitch a ride to San Bernardino.

There is no evidence that PEREZ has sought or been granted permission by the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being removed.

Executed on July 4, 2008 at 12:30 a.m.

Senior Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find Probable cause to believe that the defendant named in this probable cause statement committed the offense on July 4, 2008 in violation of Title 8, United States Code,1326.

Hon. William McCurine Jr.
United States Magistrate Judge

Date/Time